UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Reginald Thomas,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Resberg, et al.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-02500-ART-BNW<br><br>**ORDER GRANTING MOTION TO REQUEST SERVICE OF SUMMONS (ECF No. 6)** |

Before this Court is pro se Plaintiff's motion for order directing service of summons, in which he asks this Court to order the U.S. Marshals to attempt service on Defendants. ECF No. 6. Federal Rule of Civil Procedure 4(c)(3) states:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

Fed. R. Civ. P. 4(c)(3). Plaintiff is neither proceeding *in forma pauperis* nor as a seaman, but he is proceeding pro se. Accordingly, this Court exercises its discretion to grant Plaintiff's motion and orders as follows:

**IT IS ORDERED** that Plaintiff's motion for order directing service of summons (ECF No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court must send Plaintiff three blank copies of form USM-285.

**IT IS FURTHER ORDERED** that Plaintiff will have until February 2, 2026, to fill out the required USM-285 forms and send them to the U.S. Marshals Service. On the forms, Plaintiff must fill in Defendants' last-known addresses.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to issue summonses for Defendants Resberg, Patrick, and Las Vegas Metropolitan Police Department.

  **IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this Order, the issued summonses, and three copies of the operative complaint (ECF No. 1) to the U.S. Marshals Service.

  **IT IS FURTHER ORDERED** that upon receipt of the USM-285 forms, the U.S. Marshals Service shall, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendants.

DATED: January 9, 2026

                _____
                BRENDA WEKSLER
                UNITED STATES MAGISTRATE JUDGE