**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Reginald Thomas, | Case No. 2:25-cv-02500-ART-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Resberg, et al., | |
| Defendants. | |

This Court previously ordered the U.S. Marshals Service ("USMS") to attempt service on the Las Vegas Metropolitan Police Department ("LVMPD") and Defendants Resberg and Patrick. ECF No. 7. The summonses were returned executed as to LVMPD and Defendant Resberg. ECF No. 9. However, the USMS was unable to serve Defendant Patrick as he is not employed at LVMPD. ECF No. 10. Plaintiff moves for an order directing the USMS to re-serve Officer Patrick using a last-known address under seal. ECF No. 11.

Federal Rule of Civil Procedure 4(c)(3) states:

> At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. § 1915 or as a seaman under 28 U.S.C. § 1916.

Fed. R. Civ. P. 4(c)(3). Plaintiff is neither proceeding *in forma pauperis* nor as a seaman, but he is proceeding pro se. Accordingly, this Court exercises its discretion to grant Plaintiff's motion and orders as follows:

**IT IS THEREFORE ORDERED** that Plaintiff's motion at ECF No. 11 is GRANTED.

**IT IS FURTHER ORDERED** that LVMPD shall file Defendant Patrick's last-known address under seal by **February 20, 2026.**

**IT IS FURTHER ORDERED** that the USMS must attempt service on Defendant Patrick.

**IT IS FURTHER ORDERED** that the Clerk of Court issue a summons for Defendant Patrick and deliver the same to the USMS for service together with one copy of this Order and the Complaint (ECF No. 1).

**IT IS FURTHER ORDERED** that the Clerk of Court send Plaintiff one blank USM-285 form, together with a copy of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **March 6, 2026,** to fill out the required USM-285 form and send it to the USMS. Plaintiff should indicate on the Form USM-285 that LVMPD has filed Defendant Patrick's last-known address under seal in Case No. 2:25-cv-02500-ART-BNW.

**IT IS FURTHER ORDERED** that the USMS must, in accordance with Federal Rule of Civil Procedure 4(c)(3), attempt service on Defendant Patrick no later than **21 days** after receipt of the completed USM-285 form.

**IT IS FURTHER ORDERED** that the USMS is to file the return of service under seal given that Defendant Patrick's address shall remain sealed.

**IT IS FURTHER ORDERED** that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Patrick may be subject to dismiss for failure to complete service of process pursuant to Federal Rule of Civil Procedure 4(m).

DATED: February 6, 2026

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE